UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM D. DUDNEY,<br><br>　　　　Defendant. | No. 1:96-cr-05062-AWI-1<br><br>**ORDER ON MOTION TO TERMINATE SUPERVISED RELEASE PURSUANT TO 18 U.S.C. § 3583(e)(1)**<br><br>**(Doc. 152)** |

　　Defendant William D. Dudney, proceeding in *pro se*, has filed a motion pursuant to 18 U.S.C. § 3583(e)(1) seeking early termination of his supervised release in this case. The United States Probation Office and the United States Attorney's Office are in agreement with terminating supervised release early.

　　THEREFORE, the court GRANTS Defendant William D. Dudney's motion, and orders that his supervised release in this case is terminated effective March 31, 2015.

IT IS SO ORDERED.

Dated:　March 6, 2015　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1